and serve printed papers and briefs by May twenty-first. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

GERTRUDE FAECKE, Respondent, v. FRED NICHOLS and Others, Appellants.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

HUGH A. CROWLEY, Respondent, v. BERNARD HENDERSON, Appellant.—Appeal dismissed unless appellant shall file and serve the printed papers and briefs by May nineteenth. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

ZALLIE N. BOOTH, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Motion to dismiss appeal denied, with ten dollars costs. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

IDA MARIE SIGMUND, Respondent, v. SOL FRANK SIGMUND, Appellant.— Stay pending appeal granted upon condition that appellant file and serve printed papers and briefs by May nineteenth. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

In the Matter of THOMAS E. BOYD, an Attorney and Counselor at Law.— Upon the petition of the Bar Association of Erie county, showing that the respondent died on the 14th day of February, 1931, the proceeding is permitted to be withdrawn. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

LESTER T. GERATY, Respondent, v. NORTHERN NEW YORK GROCERY COMPANY, Appellant, Impleaded with Another, Defendant.—Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

SMITH & PEARSON, INCORPORATED, Respondent, v. DOMINIC SPERDUTI, Appellant.— Motion granted and appeal dismissed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

CLARA M. TAYLOR, Appellant, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

EARL R. NICOL and Another, Respondents, v. FRED W. EGAN and Another, Appellants.— Motion granted and appeal dismissed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

CHARLOTTE E. SMITH and EMMA S. REDDINGTON, Respondents, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant, Impleaded with Another.—Appeal dismissed unless appellant shall file and serve printed briefs by May nineteenth. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

JOHN G. ELBS, Respondent, v. LOUIS SHULMAN, Appellant.— Motion for stay of argument of appeal from judgment of Supreme Court denied. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

BESSIE McCALL, as Administratrix, etc., Respondent, v. ERIE RAILROAD COMPANY, Appellant.—Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of the Application of JOSEPH HART for an Order of Mandamus Directed to FRANCES PERKINS, Industrial Commissioner, as Administrator of the State Insurance Fund.*— Order reversed on the law, with costs, and petition for peremptory mandamus order granted, without costs, on the ground that a clear legal right to the penalties is shown and no facts are brought to our attention

* Affd., 258 N. Y. 66.